In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00399-CR


____________________



GREGORY JAMES COLBERT, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 356th District Court


Hardin County, Texas


Trial Cause No. 17512






 MEMORANDUM OPINION


 Gregory James Colbert has filed a motion to dismiss his appeal. See Tex. R. App. P.
42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel
of record. No opinion has issued in this appeal. The motion is granted, and the appeal is
therefore dismissed. 

 APPEAL DISMISSED. 

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered August 31, 2009

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.